UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CRAIG MILLER,

                Plaintiff,

v.                                      Case No. 12-12639
                                      Honorable Julian Abele Cook, Jr.

COMMISSIONER OF
SOCIAL SECURITY

                Defendant.


ORDER

       This case involves a complaint by the Plaintiff, Craig Miller, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge Mark A. Randon for evaluation. In a report on July 31, 2012, the Magistrate Judge recommended that this Court (1) grant the Commissioner's motion for summary judgment, and (2) deny Miller's motion for summary judgment. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

1

IT IS SO ORDERED.


Date: August 20, 2013                                    s/Julian Abele Cook, Jr.
                                                         JULIAN ABELE COOK, JR.
                                                         U.S. District Judge


<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 20, 2013.


                                                         s/ Kay Doaks
                                                         Case Manager

2